FILED

AUG – 1 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

CIV-25-261-JAR

Federal Civil Rights Complaint

Lacy Jane Lyda v. OKDHS et al.

U.S. District Court – Eastern District of Oklahoma

I. Jurisdiction and Venue

This Court has jurisdiction under:

28 U.S.C. § 1331 (Federal Question)

28 U.S.C. § 1343 (Civil Rights)

42 U.S.C. § 1983 (Civil Rights Violations by State Actors)

25 U.S.C. §§ 1901–1963 (Indian Child Welfare Act)

Venue is proper in the Eastern District of Oklahoma under 28 U.S.C. § 1391(b), as the events occurred within this district.

II. Parties

Plaintiff: Lacy Jane Lyda, a citizen of Oklahoma and biological mother of [Child's Initials], an Indian child under ICWA.

Defendants: Tammy Murray, Leslie Jordan, Mackenzie Hoppe, sued in their individual capacities.

III. Statement of Facts

Lacy's children were removed from reservation-protected land without a valid court order.

No emergency or imminent danger was present to justify removal.

No notice was sent under § 23.111(c); Lacy never received certified mail or court documentation.

Lacy's verbal request for transfer of custody to tribal court was denied without cause or evidence.

No active efforts were made to prevent removal, as required under 25 CFR § 23.2.

No qualified expert witness testified per § 23.121(c)(d).

Placement preferences under § 23.129 were ignored; children were placed with non-Indian foster parents, including one with a violent criminal record.

Extended family members were not contacted or considered.

No rehabilitative services were offered prior to or after removal.

Visitation was obstructed by caseworker Tammy Murray, who canceled visits and allowed foster parent interference.

No community resources were offered beyond parenting classes; transportation support was denied despite eligibility gaps.

No trial home visits or culturally appropriate services were attempted.

IV. Legal Violations

Indian Child Welfare Act (ICWA):

§ 1911(a): Improper removal from tribal jurisdiction

§ 1912(d): Failure to provide active efforts

§ 1915(b): Violation of placement preferences

§ 1913(a): Lack of proper notice

§ 1911(c): Denial of tribal intervention rights

Constitutional Violations:

14th Amendment: Denial of due process

4th Amendment: Unlawful seizure of children

Federal Civil Rights:

42 U.S.C. § 1983: Violation of federally protected rights by state actors

V. Relief Requested

Plaintiff respectfully requests:

Declaratory Judgment: That the removal was unlawful under ICWA and the Constitution.

Injunctive Relief: Immediate return of custody and cessation of unlawful practices.

Compensatory Damages: For emotional distress, loss of custody, and harm caused.

Punitive Damages: For willful misconduct and abuse of authority.

Attorneys' Fees and Costs if acquired later: Under 42 U.S.C. § 1988.

Petition to Invalidate: Under 25 CFR § 23.137, based on violations of §§ 1911, 1912, and 1913.

VI. Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

VII. Signature

Respectfully submitted,

Lacy Jane Lyda

Pro Se Plaintiff

207 S. 4th Street Okemah Ok, 74859

405.435.1097

lacylyda@gmail.com

Date: 8/1/2025