IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LACY JANE LYDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-CIV-261-RAW |
| ) | |
| TAMMY MURRAY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is the Findings and Recommendation of the United States Magistrate Judge. Magistrate Judge Robertson, reviewing the complaint of the pro se plaintiff, found that it was inadequate and should be dismissed without prejudice. Plaintiff filed an objection, but has also filed an amended complaint (#13).

An amended complaint supersedes a prior complaint and renders it of no legal effect. *Tufaro v. Okla. ex rel. Bd. of Regents of the Univ. of Okla.,* 107 F.4th 1121, 1137 (10th Cir.2024).

It is the order of the court that the Findings and Recommendation of the United States Magistrate Judge (#9) is deemed moot.

**ORDERED THIS 19th DAY OF SEPTEMBER, 2025.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**